Luis Omar ALVAREZ ACUNA, Plaintiff—Appellant,

v.

Mel Clayton FORD; et al., Defendants—Appellees.

No. 05–16529.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2006.*

Filed Feb. 24, 2006.

Luis Omar Alvarez Acuna, Phoenix, AZ, pro se.

Michael R. Perry, Chad R. Kaffer, Esq., Carnahan Perry & Hudson PLC, Steven G. Mesaros, Esq., John A. Klecan, Esq., Renaud Cook Drury Mesaros, PA, Randy Aoyama, Carrie J. Brennan, AGAZ—Office of the Arizona Attorney General, Phoenix, AZ, for Defendants–Appellees.

Before: SCHROEDER, Chief Judge, GOODWIN and RAWLINSON, Circuit Judges.

MEMORANDUM **

Upon review of appellant's response to this court's November 11, 2005 order to show cause, we conclude that this appeal is appropriate for summary affirmance. *See United States v. Hooton*, 693 F.2d 857, 858

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

(9th Cir.1982) (per curiam) (stating standard). Accordingly, the district court's judgment is affirmed.

All other pending motions are denied as moot.

**AFFIRMED.**